AO 121 (6/90)

| TO: |  |
|---|---|

**TO:**

Register of Copyrights  E-Filing
Copyright Office
Library of Congress
Washington, D.C. 20559

**REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court,<br>Northern District of California | CV 08    1657 |
|---|---|---|
| DOCKET NO. | DATE FILED | PJH |

| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA<br>ENTERTAINMENT GROUP INC.; and INTERSCOPE RECORDS | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

ORIGINAL



# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.140.74 2007-11-21 06:40:59 EST

**CASE ID#** 148575768

**P2P Network:** GnutellaUS

**Total Audio Files:** 210

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Blink-182 | Everytime I Look For You | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| UMG Recordings, Inc. | Gin Blossoms | Allison Road | New Miserable Experience | 147-035 |
| Elektra Entertainment Group Inc. | Eagles | In the City | The Long Run | 13-182 |
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Objection (Tango) | Laundry Service | 306-496 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION       ☐ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of California** | |
|---|---|---|
| **DOCKET NO.** | **DATE FILED** | |

| PLAINTIFF<br>**UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA**<br>**ENTERTAINMENT GROUP INC.; and INTERSCOPE RECORDS** | | DEFENDANT<br>**JOHN DOE** |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes        ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.



# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.140.74 2007-11-21 06:40:59 EST          **CASE ID#** 148575768

**P2P Network:** GnutellaUS          **Total Audio Files:** 210

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Blink-182 | Everytime I Look For You | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| UMG Recordings, Inc. | Gin Blossoms | Allison Road | New Miserable Experience | 147-035 |
| Elektra Entertainment Group Inc. | Eagles | In the City | The Long Run | 13-182 |
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Objection (Tango) | Laundry Service | 306-496 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA<br>ENTERTAINMENT GROUP INC.; and INTERSCOPE RECORDS | | DEFENDANT<br>JOHN DOE |
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.



## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.140.74 2007-11-21 06:40:59 EST          **CASE ID#** 148575768

**P2P Network:** GnutellaUS          **Total Audio Files:** 210

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Blink-182 | Everytime I Look For You | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| UMG Recordings, Inc. | Gin Blossoms | Allison Road | New Miserable Experience | 147-035 |
| Elektra Entertainment Group Inc. | Eagles | In the City | The Long Run | 13-182 |
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Objection (Tango) | Laundry Service | 306-496 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |

AO 121 (6/90)

| TO: | | | |
|---|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of California** | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>**UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA**<br>**ENTERTAINMENT GROUP INC.; and INTERSCOPE RECORDS** | | DEFENDANT<br><br>**JOHN DOE** |
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.140.74 2007-11-21 06:40:59 EST          **CASE ID#** 148575768

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 210

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Blink-182 | Everytime I Look For You | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| UMG Recordings, Inc. | Gin Blossoms | Allison Road | New Miserable Experience | 147-035 |
| Elektra Entertainment Group Inc. | Eagles | In the City | The Long Run | 13-182 |
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Objection (Tango) | Laundry Service | 306-496 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |



AO 121 (6/90)

| TO: |  |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of California** |
|---|---|
| DOCKET NO.    DATE FILED | |

| PLAINTIFF<br>UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA<br>ENTERTAINMENT GROUP INC.; and INTERSCOPE RECORDS | DEFENDANT<br><br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.140.74 2007-11-21 06:40:59 EST

**CASE ID#** 148575768

**P2P Network:** GnutellaUS

**Total Audio Files:** 210

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Blink-182 | Everytime I Look For You | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| UMG Recordings, Inc. | Gin Blossoms | Allison Road | New Miserable Experience | 147-035 |
| Elektra Entertainment Group Inc. | Eagles | In the City | The Long Run | 13-182 |
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Objection (Tango) | Laundry Service | 306-496 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |