Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; ELEKTRA
ENTERTAINMENT GROUP INC.; and
INTERSCOPE RECORDS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　　　　Defendant. | CASE NO. 3:08-cv-01657-PJH<br><br>**Honorable Phyllis J. Hamilton**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1   Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs UMG RECORDINGS, INC., et al., by
2   and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3   against Defendant John Doe, also identified as ID # 148575768 with IP address 207.62.140.74 2007-
4   11-21 06:40:59 EST, each party to bear its/her own fees and costs.  The Clerk of Court is
5   respectfully requested to close this case.

7   Dated:  June 16, 2008                                   HOLME ROBERTS & OWEN LLP

9                                                                          By:  _____*/s/ Dawniell Alise Zavala*___
                                                                                   DAWNIELL ALISE ZAVALA
                                                                                   Attorney for Plaintiffs
                                                                                   UMG RECORDINGS, INC.; SONY
                                                                                   BMG MUSIC ENTERTAINMENT;
                                                                                   ELEKTRA ENTERTAINMENT
                                                                                   GROUP INC.; and INTERSCOPE
                                                                                   RECORDS

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01657-PJH
#38253 v1